USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM DURANT,

                      Plaintiff,

       -v-

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------X

19 CIVIL 3591 (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          January 27, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**